Floyd Abrams
Susan Buckley
Adam Zurofsky
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street New York, New York 10005
Telephone: 212-701-3000

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

08 CV 5093

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Vacation Fund, On Behalf of
Itself and All Others Similarly Situated

                        Plaintiffs,

    -against-

HarborView Mortgage Loan Trust 2006-4;
HarborView Mortgage Loan Trust 2006-5;
HarborView Mortgage Loan Trust 2006-9; The Royal
Bank of Scotland Group, plc; Greenwich Capital
Holdings, Inc.; Greenwich Capital Acceptance, Inc.;
Greenwich Capital Markets, Inc.; Greenwich Capital
Financial Products, Inc.; Robert J. McGinnis; Carol P.
Mathis; Joseph N. Walsh, III; John C. Anderson; James
C. Esposito; Fitch Ratings; Moody's Investors Service,
Inc.; and The McGraw-Hill Companies, Inc.,

                        Defendants.
------------------------------------------------------------X

Civil Action No. _____

## STATEMENT OF DEFENDANT THE MCGRAW-HILL COMPANIES, INC. PURSUANT TO FED. R. CIV. P. 7.1

    Pursuant to Fed. R. Civ. P. 7.1, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill") states that:

    1.    McGraw-Hill has no parent corporation.

2. The only company that owns 10% or more of the stock of McGraw-Hill is T. Rowe Price Associates, Inc., a subsidiary of T. Rowe Price Group, Inc., a publicly-traded company.

Dated: June 3, 2008

By: /s/ Susan Buckley
Floyd Abrams
Susan Buckley
Adam Zurofsky
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendant The McGraw-Hill Companies, Inc.,*