UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW JERSEY CARPENTERS VACATION FUND, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,

         Plaintiffs,

- against -

HARBORVIEW MORTGAGE LOAN TRUST 2006-4, HARBORVIEW MORTGAGE LOAN TRUST 2006-5, HARBOR VIEW MORTGAGE LOAN TRUST 2006-9, THE ROYAL BANK OF SCOTLAND GROUP, PLC, GREENWICH CAPITAL HOLDINGS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GREENWICH CAPITAL MARKETS, INC., GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., ROBERT J. MCGINNIS, CAROL P. MATHIS, JOSEPH N. WALSH, III, JOHN C. ANDERSON, JAMES C. ESPOSITO, FITCH RATINGS, MOODY'S INVESTORS SERVICE, INC., AND THE MCGRAW-HILL COMPANIES, INC.,

         Defendants.

08cv5093 (HAB)

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         : ss.:
COUNTY OF NEW YORK )

  MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

  1.  I am over the age of 18 years and not a party to this action.

  2.  On the 3th day of June, 2008 I served the annexed NOTICE OF FILING OF NOTICE OF REMOVAL, NOTICE OF REMOVAL, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR., INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN, and ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon:

-2-

    Daniel Rehns
    Schoengold Sporn Laitman & Cometti PC
    19 Fulton Street, Suite 406
    New York, NY  10036

    Martin Flumenbaum
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY  10019

    James Custer
    Satterlee Stephens Burke & Burke LLP
    230 Park Avenue, 11th Floor
    New York, NY  10169

    Thomas Rice
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, NY  10017

by Federal Express, next business day delivery.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
4th day of June, 2008

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010