```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Vacation Fund, On Behalf
of Itself and All Others Similarly Situated

                              Plaintiffs,

                -against-                      Civil Action No. 08-cv-5093 (HB)

HarborView Mortgage Loan Trust 2006-4;
HarborView Mortgage Loan Trust 2006-5;
HarborView Mortgage Loan Trust 2006-9; The
Royal Bank of Scotland Group, plc; Greenwich
Capital Holdings, Inc.; Greenwich Capital
Acceptance, Inc.; Greenwich Capital Markets, Inc.;
Greenwich Capital Financial Products, Inc.; Robert
J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III;
John C. Anderson; James C. Esposito; Fitch
Ratings; Moody's Investors Service, Inc.; and The
McGraw-Hill Companies, Inc.,

                              Defendants.
------------------------------------------------------------X

### STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

        WHEREAS, on May 14, 2008, plaintiff New Jersey Carpenters Vacation Fund ("Plaintiff") filed this putative class action by filing a complaint (the "Complaint") captioned *New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated v. HarborView Mortgage Loan Trust 2006-4, et al*, index number 601451/08, in the Supreme Court of the State of New York, County of New York on behalf of all purchasers of certain HarborView Mortgage Loan Pass-Through Certificates;

        WHEREAS Defendant The McGraw-Hill Companies, Inc., with the consent of the other Defendants, removed the action to the United States District Court for the Southern District of New York on June 3, 2008;

WHEREAS Plaintiff has indicated that it intends to move to remand the action to state court;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties in the above-captioned action, as follows:

1. The time within which each of the Defendants named in the above-captioned action may answer, move, or otherwise respond to the Complaint is extended through and including ~~October 8~~ September 8, 2008.

2. By agreeing to this stipulation, the Defendants do not waive and expressly preserve any and all defenses they may have.

Dated: New York, New York
June 9, 2008

Respectfully submitted,

Samuel P. Sporn
Joel P. Laitman
Christopher Lometti
Frank R. Schirripa
Daniel B. Rehns
SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Attorneys for Plaintiff*

2

_____
Thomas C. Rice
James G. Gamble
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc and Greenwich Capital Financial Products, Inc.*


_____ Floyd Abrams, w/ permission
Floyd Abrams
Susan Buckley
Adam Zurofsky
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*


_____ Roberta A. Kaplan, w/ permission
Martin Flumenbaum
Roberta A. Kaplan
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
United States
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Fitch Ratings*

3

_James J. Coster_, w/ permission
James J. Coster
Joshua M. Rubins
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: 212-818-9200
Facsimile: 212-818-9606

*Attorneys for Defendant Moody's Investors Service, Inc.*

SO ORDERED
_____
U.S.D.J.