UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>-against-<br><br>HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc.,<br><br>Defendants. | 08 Civ. 5093 (HB)<br><br>**ECF CASE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Fitch Ratings.

Dated: June 11, 2008
      New York, New York

                        Respectfully submitted,

                        PAUL, WEISS, RIFKIND, WHARTON &
                         GARRISON LLP

                        /s/    Martin Flumenbaum
                            Martin Flumenbaum

                        1285 Avenue of the Americas
                        New York, New York 10019-6064
                        (212) 373-3000
                        mflumenbaum@paulweiss.com

                        *Attorneys for Defendant Fitch Ratings*