UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>-against-<br><br>HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc.,<br><br>Defendants. | 08 Civ. 5093 (HB)<br><br>**ECF CASE** |

## STATEMENT OF RELATED CORPORATE ENTITIES
## PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Fitch, Inc. (d/b/a Fitch Ratings) ("Fitch"), hereby identifies its parent corporation and any publicly held company that owns 10% or more of any of its stock as follows:

Fitch Group, Inc., a privately held company, owns 100% of Fitch stock.

Fimalac owns 80% of Fitch Group, Inc. Fimalac is a publicly held company traded on the Paris Bourse. The remaining 20% ownership in Fitch Group, Inc. is owned by Hearst Ratings, Inc., a privately held company.

Fitch reserves the right to amend this statement in the event that such ownership percentages change or in the event that additional information becomes available to Fitch or its counsel.

Dated: June 11, 2008
      New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/    Tobias J. Stern
    Martin Flumenbaum
    Roberta A. Kaplan
    Tobias J. Stern

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
tstern@paulweiss.com

*Attorneys for Defendant Fitch Ratings*