AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 11, 2008, I served true copies of the attached NOTICES OF APPEARANCE of TOBIAS J. STERN, ROBERTA A. KAPLAN and MARTIN FLUMENBAUM with STATEMENT OF RELATED CORPORATE ENTITIES PURSUANT TO RULE 7.1 on the following:

> Samuel P. Sporn
> Schoengold Sporn Laitman & Lometti, P.C.
> 19 Fulton Street, Suite 406
> New York, New York 10038

3. I made such service by placing true copies of the aforementioned documents in a properly addressed prepaid wrapper and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Austin K. Wilkinson

Sworn to before me this
11th day of June, 2008

_____
Notary Public



TAMARA KOGAN
Notary Public, State of New York
No. 01KO6003611
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 2, 2011