UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated<br><br>        Plaintiffs,<br><br> -against-<br><br>HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc.,<br><br>        Defendants. | 08 CIV. 5093 (HB)<br>ECF CASE<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MOODY'S INVESTOR SERVICE, INC. |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Moody's Investors Service, Inc. I certify that I am admitted to practice in this court.

DATED:  New York, New York
     June 12, 2008

                   /s_____
                   James J. Coster, Esq.
                   Satterlee Stephens Burke & Burke LLP
                   230 Park Avenue, Suite 1130
                   New York, New York 10169
                   (212) 818-9200
                   Email: jcoster@ssbb.com

               *Attorney for Defendant Moody's Investor Service, Inc.*

737675_1