AO 458 (Rev. 10/95) Appearance

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated,

– against –

HarborView Mortgage Loan Trust 2006-4,
HarborView Mortgage Loan Trust 2006-5,
HarborView Mortgage Loan Trust 2006-9,
The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc., Robert J. McGinnis, Carol P. Mathis, Joseph N. Walsh, III, John C. Anderson, James C. Esposito, Fitch Ratings, Moody's Investors Service, Inc. and The McGraw-Hill Companies, Inc.,

**APPEARANCE**

Case No.: 08-CV-5093

To the Clerk of this court and all parties of record:

Enter my appearance as Lead Attorney and Attorney To Be Noticed in this case for:

**Plaintiff, New Jersey Carpenters Vacation Fund**

I certify that I am admitted to practice in this court.

__June 12, 2008__
Date

Signature

__Joel P. Laitman__   __JL-8177__
Print Name          Bar No.

__Schoengold Sporn Laitman & Lometti, P.C.__
Firm

__19 Fulton Street, Suite 406__
Address

__New York__          __NY__          __10038__
City                  State           Zip Code

__(212) 964-0046__          __(212) 687-8137__
Phone No.                   Fax. No.