SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

―――――――――――――――――――――――――X
New Jersey Carpenters Vacation Fund, On Behalf : 
of Itself and All Others Similarly Situated,   :    No. 08-cv-5093-HB
                                               :
         Plaintiffs,                           :
                                               :
    – against –                                :    **NOTICE OF MOTION AND**
                                               :    **MOTION TO REMAND TO**
HarborView Mortgage Loan Trust 2006-4,         :    **STATE COURT**
HarborView Mortgage Loan Trust 2006-5,         :
HarborView Mortgage Loan Trust 2006-9,         :
The Royal Bank of Scotland Group, plc, Greenwich :
Capital Holdings, Inc., Greenwich Capital       :
Acceptance, Inc., Greenwich Capital Markets, Inc., :
Greenwich Capital Financial Products, Inc., Robert :
J. McGinnis, Carol P. Mathis, Joseph N. Walsh, III, :
John C. Anderson, James C. Esposito, Fitch     :
Ratings, Moody's Investors Service, Inc. and The :
McGraw-Hill Companies, Inc.,                   :
                                               :
         Defendants.                           :
―――――――――――――――――――――――――X

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Honorable Harold Baer, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Plaintiff New Jersey Carpenters Vacation Fund will, and hereby does, move the Court for an Order remanding the above-titled action to the Supreme Court of New York, County of New York.  The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiffs Motion for Remand to State Court, the Declaration of Joel P. Laitman, and all exhibits thereto, the pleadings and evidence submitted herewith, and any other information submitted before or during the hearing on this matter.

Dated: New York, New York
June 20, 2008

                    Respectfully submitted,

                    By: /s/ Joel P. Laitman
                          Samuel P. Sporn (SS-4444)
                          Joel P. Laitman (JL-8178)
                          Christopher Lometti (CL-9124)
                          Frank R. Schirripa (FS-1960)
                          Daniel B. Rehns (DR-5506)
**SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Counsel for Plaintiff & The Proposed Class*

# CERTIFICATE OF SERVICE

I, Frank Schirripa, counsel for the Plaintiff, hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of much filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and by sending a copy of the foregoing to each of the addresses listed below:

Floyd Abrams
Susan Buckley
Adam Zurofsky
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005

Thomas C. Rice
James G. Gamble
SIMPSON THATCHER & BARLETT LLP
425 Lexington Avenue
New York, New York 10017

Martin Flumenbaum
Roberta A. Kaplan
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019

James J. Cotter
Joshua M. Rubins
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169

                                                ___/s/   Frank R. Schirripa_____
                                                     Frank R. Schirripa