**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>-against-<br><br>HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc.,<br><br>Defendants. | Civil Action No. 08-cv-5093 (HB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that James G. Gamble, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holding, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., and Greenwich Capital Financial Products, Inc. in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  June 23, 2008                                  Respectfully submitted,

/s/ James G. Gamble
James G. Gamble
jgamble@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holding, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., and Greenwich Capital Financial Products, Inc.,*