UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated | 08 CIV. 5093 (HB)<br>ECF Case |
| Plaintiffs, | |
| -against- | |
| HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc., | **DEFENDANT MOODY'S INVESTOR SERVICES, INC.'S STATEMENT PURSUANT TO RULE 7.1** |
| Defendants. | |

-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Moody's Investors Service, Inc. ("Moody's) discloses that Moody's is a wholly-owned subsidiary of Moody's Corporation, a publicly held company. Berkshire Hathaway, Inc. is the only publicly held company that owns 10% or more of the stock of Moody's Corporation.

Dated: New York, New York
       July 7, 2008

>                                SATTERLEE STEPHENS BURKE
>                                 & BURKE LLP
>
>                                By:___/S_____
>                                     James J. Coster (JC-1431)
>                                     Joshua M. Rubins (JR-8338)
>                                Attorneys for Moody's Investors Service, Inc.
>                                230 Park Avenue
>                                New York, New York 10169
>                                (212) 818-9200

740207_1