DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-3040

E-MAIL ADDRESS

trice@stblaw.com

BY FACSIMILE (212) 805-7901     July 22, 2008

Re: New Jersey Carpenters Vacation Fund v. HarborView Mortgage Loan Trust 2006-4, et. al., No 1:08-cv-05093-HB

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Baer:

    We represent defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc., Robert J. McGinnis, Carol P. Mathis, Joseph N. Walsh III, John C. Anderson, and James C. Esposito in the above-referenced action. The Court's letter dated July 14, 2008 scheduled a Pre-Trial Conference on Thursday, August 7, 2008. We hereby request, with the consent of all parties, that the conference be adjourned due to my unavailability on the original date. Thank you for Your Honor's consideration in this matter.

Respectfully,

Thomas C. Rice

Enclosure

cc (via facsimile):
Joel Laitman, Esq.
Floyd Abrams, Esq.
Martin Flumenbaum, Esq.
James J. Coster, Esq.

*The PTC is now scheduled for August 21, 2008 4pm.*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 7/14/08

LOS ANGELES     PALO ALTO     WASHINGTON, D.C.     BEIJING     HONG KONG     LONDON     TOKYO