AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Vacation Fund, On Behalf of Itself and All Others Similarly Situated,

– against –

HarborView Mortgage Loan Trust 2006-4, HarborView Mortgage Loan Trust 2006-5, HarborView Mortgage Loan Trust 2006-9, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc., Robert J. McGinnis, Carol P. Mathis, Joseph N. Walsh, III, John C. Anderson, James C. Esposito, Fitch Ratings, Moody's Investors Service, Inc. and The McGraw-Hill Companies, Inc.,

**APPEARANCE**

Case No.: 08-CV-5093

**To the Clerk of this court and all parties of record:**

Enter my appearance as Attorney To Be Noticed in this case for:

**Plaintiff, New Jersey Carpenters Vacation Fund**

I certify that I am admitted to practice in this court.

| | |
|---|---|
| **July 29, 2009** | _(signature)_ |
| Date | Signature |

**Christopher Lometti**     **CL-9124**
Print Name     Bar No.

**Schoengold Sporn Laitman & Lometti, P.C.**
Firm

**19 Fulton Street, Suite 406**
Address

**New York**     **NY**     **10038**
City     State     Zip Code

**(212) 964-0046**     **(212) 687-8137**
Phone No.     Fax. No.