CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER

(212) 701-3000

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT A. HAUFMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
CHERIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL
LAWRENCE A. KOBRIN
IMMANUEL KOHN

COUNSEL
ANASTASIA EFIMOVA
JAY GEIGER
SAMUEL LICHTMAN
RAND McQUINN**

*ADMITTED IN DC ONLY
**ADMITTED IN DC, TX, VA ONLY

July 31, 2008

Re: *New Jersey Carpenters Vacation Fund v. HarborView Mortgage Loan Trust 2006-4, et al.* (Civ. No. 08-5093-HB)

Dear Judge Baer:

We represent The McGraw-Hill Companies, Inc. in the above-referenced matter. We write on behalf of all Defendants to request leave to file the attached Sur-Reply Memorandum of Law in Further Opposition to Plaintiff's Motion to Remand ("Sur-Reply"), which responds to certain points raised in Plaintiff's Reply Memorandum of Law ("Reply") which could not have been addressed in Defendants' Opposition to Plaintiff's Motion to Remand.

Specifically, Plaintiff's Reply relies heavily on the Ninth Circuit's July 16, 2008 decision in *Luther v. Countrywide Home Loans Servicing LP*, 2008 U.S. App. LEXIS 15115 (9th Cir. July 16, 2008), which was decided after Defendants submitted their papers in opposition to Plaintiff's motion to remand. We seek to address the Ninth Circuit opinion and Plaintiff's characterization thereof in the attached Sur-Reply. Defendants also seek to address briefly two additional points raised for the first time in Plaintiff's Reply.

Accordingly, we respectfully request leave to file the attached Sur-Reply.

Sincerely,

Floyd Abrams
Attorneys for Defendant
The McGraw-Hill Companies, Inc.

[Handwritten annotations by Judge: "I cannot [illegible] case but doubt it will be able to change this FSC for you — there is [illegible] for [illegible] [illegible] reason. We will listen to that of/s" SO ORDERED: Harold Baer, Jr., U.S.D.J. Date: 8/1/08]

Honorable Harold Baer
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

cc: All Attorneys of Record

Endorsement:

    I will look at the case but doubt I'll be able to change the FRCP for you - there is no sur reply and I return this brief for that reason. We will listen to you at oral argument.