UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Vacation Fund, On Behalf
of Itself and All Others Similarly Situated

                        Plaintiffs,

      -against-                                    Civil Action No. 08-cv-5093 (HB)

HarborView Mortgage Loan Trust 2006-4;
HarborView Mortgage Loan Trust 2006-5;
HarborView Mortgage Loan Trust 2006-9; The
Royal Bank of Scotland Group, plc; Greenwich
Capital Holdings, Inc.; Greenwich Capital
Acceptance, Inc.; Greenwich Capital Markets, Inc.;
Greenwich Capital Financial Products, Inc.; Robert
J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III;
John C. Anderson; James C. Esposito; Fitch
Ratings; Moody's Investors Service, Inc.; and The
McGraw-Hill Companies, Inc.,

                        Defendants.
------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS THE ROYAL BANK OF SCOTLAND GROUP, PLC, GREENWICH CAPITAL HOLDINGS, INC., GREENWICH CAPITAL ACCEPTANCE, INC., GREENWICH CAPITAL MARKETS, INC., AND <u>GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.</u>**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc. certifies as follows:

        1.        The Royal Bank of Scotland Group, plc ("RBS Group") is a public company whose stock is traded on the London Stock Exchange. No publicly-held company owns 10% or more of its stock and it has no parent corporation.

2. Greenwich Capital Holdings, Inc. ("GCH") is a privately-held corporation that is an indirectly but wholly-owned subsidiary of RBS Group. Other than RBS Group, which indirectly owns more than 10% of its stock, no publicly-held company owns 10% or more of GCH's stock.

3. Greenwich Capital Acceptance, Inc. is a privately-held corporation and a wholly-owned subsidiary of GCH. No publicly-held company owns 10% or more of its stock.

4. Greenwich Capital Markets, Inc., is a privately-held corporation and a wholly-owned subsidiary of GCH. No publicly-held company owns 10% or more of its stock.

5. Greenwich Capital Financial Products, Inc. is a privately-held corporation and a wholly-owned subsidiary of GCH. No publicly-held company owns 10% or more of its stock.

Dated: New York, New York
       August 13, 2008

Respectfully submitted,

_____
Thomas C. Rice
Trice@stblaw.com
James G. Gamble
Jgamble@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Acceptance, Inc., Greenwich Capital Markets, Inc., Greenwich Capital Financial Products, Inc., Robert J. McGinnis, Carol P. Mathis, Joseph N. Walsh, III, John C. Anderson, and James M. Esposito*