UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Vacation Fund, On Behalf
of Itself and All Others Similarly Situated

                Plaintiffs,           Civil Action No. 08-CV-5093 (HB)

     -against-

HarborView Mortgage Loan Trust 2006-4; HarborView Mortgage Loan Trust 2006-5; HarborView Mortgage Loan Trust 2006-9; The Royal Bank of Scotland Group, plc; Greenwich Capital Holdings, Inc.; Greenwich Capital Acceptance, Inc.; Greenwich Capital Markets, Inc.; Greenwich Capital Financial Products, Inc.; Robert J. McGinnis; Carol P. Mathis; Joseph N. Walsh, III; John C. Anderson; James C. Esposito; Fitch Ratings; Moody's Investors Service, Inc.; and The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

## **NOTICE OF ENTRY OF APPEARANCE**

       PLEASE TAKE NOTICE that S. Penny Windle of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  August 18, 2008                Respectfully submitted,

                                            /s/ S. Penny Windle
                                          S. Penny Windle
                                          CAHILL GORDON & REINDEL LLP
                                          80 Pine Street
                                          New York, New York 10005
                                          Telephone:  212-701-3000
                                          Facsimile:  212-269-5420