UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NEW JERSEY CARPENTERS VACATION
FUND and BOILERMAKER BLACKSMITH
NATIONAL PENSION TRUST, On Behalf of
Themselves and All Others Similarly Situated,

                    Plaintiffs,          CIVIL ACTION NO. 08-CV-5093 (HB)

       -against-

THE ROYAL BANK OF SCOTLAND GROUP,
PLC, *et al.*,

                    Defendants.
---------------------------------------------------------X


**NOTICE OF MOTION BY THE RATING AGENCY DEFENDANTS TO DISMISS THE
CONSOLIDATED FIRST AMENDED SECURITIES CLASS ACTION COMPLAINT**

      PLEASE TAKE NOTICE that Defendants The McGraw-Hill Companies, Inc. and

Moody's Investors Service, Inc. (collectively, the "Rating Agency Defendants" or "RAs"), upon

the accompanying Memorandum of Law in Support of Their Motion to Dismiss the Consolidated

First Amended Securities Class Action Complaint ("Amended Complaint") and Declarations of

Floyd Abrams and Joshua M. Rubins and exhibits attached thereto, will move, by and through

their undersigned attorneys, before the Honorable Harold Baer, United States District Judge at

the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23B, New

York, New York 10007, at such date as the Court will determine, for an Order, under Fed. R.

Civ. P. 8 and 12(b)(6), dismissing all claims asserted against the Rating Agency Defendants in

the Amended Complaint.

Dated: New York, New York
      July 15, 2009

Respectfully submitted,

   /s/ Floyd Abrams                

Floyd Abrams
S. Penny Windle
Adam Zurofsky
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*


   /s/ Joshua M. Rubins             
Joshua M. Rubins
James J. Coster
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, New York 10169
(212) 818-9200

*Attorneys for Defendant Moody's Investors Service, Inc.*